## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

IN RE:

**DAVE TATE, SR.**                                    **NO. 17-11941 JDW**

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Capital One Auto Finance, a Division of Capital One, N.A. (hereinafter "Capital One"), by and through its counsel of record, Byrd & Wiser, and files this its Motion for Relief from Automatic Stay, pursuant to Section 362 of the Bankruptcy Code, and in support of same would show unto the Court the following, to-wit:

I

The Debtor filed his Chapter 13 Petition on or about May 26, 2017.

II

That Capital One is the holder of a secured claim as to certain personal property of the Debtor, namely one (1) 2010 Nissan Altima, VIN 1N4AL2AP8AN479040, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That Capital One is owed the principal sum of $23,754.91, exclusive of accumulating late charges and reasonable attorney's fees necessitated by the filing of the instant Motion.

IV

Capital One would show unto the Court that pursuant to the Debtor's Chapter 13 Plan, the Debtor proposes to abandon Capital One's collateral.

V

Capital One would furthermore show unto the court that the Debtor has failed and refused to maintain insurance on the subject matter vehicle duly naming Capital One as lien holder and loss payee as required by the parties' Retail Instalment Contract and Security

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Agreement.

VI

Adequate cause exists for termination of the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code as to the Movant, Capital One.

WHEREFORE, premises considered, Capital One would pray that after notice and hearing this Court enter its Order terminating the Automatic Stay of Section 362 of the Bankruptcy Code as to the Movant, Capital One, so as to allow it to pursue its rightful remedies as to its subject matter collateral, and that this Court furthermore enter its Order abandoning the subject matter vehicles as property of the estate, and Capital One furthermore prays that it be awarded its reasonable attorney's fees necessitated by the filing of the instant motion and Capital One prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

CAPITAL ONE AUTO FINANCE, a
Division of Capital One, N.A.

BY:  BYRD & WISER

BY: _____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Capital One Auto Finance, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Relief from Automatic Stay to the following:

William C. Cunningham, Attorney for Debtor, at **wccsinc@gmail.com**

Terre Vardaman, Trustee, at vardaman13ecf@gmail.com

Office of the U.S. Trustee, at **USTPRegion05.JA.ECF@usdoj.gov**

**WITH A COPY MAILED TO:**

Dave Tate, Sr., Debtor
1659 Turkey Creek Road
Starkville, MS 39759

This the 2d day of August, 2017.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| CARL HOGAN TOYOTA<br>3927 HWY 45 N.<br>COLUMBUS MS 39705 | DAVE TATE<br>1659 TURKEY CREEK RD<br>STARKVILLE MS 39759<br><br>MINNIE TATE<br>1659 TURKEY CREEK<br>STARKVILLE MS 39759 | No.<br>Date  10/17/2013 |

☐ Business, commercial or agricultural purpose Contract.

### Truth-In-Lending Disclosure

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 24.21 % | $ 15728.53 | $ 17384.99 | $ 33113.52 | $ 33113.52 |

Payment Schedule. Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | 459.91 | MONTHLY BEGINNING: 11/16/2013 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

### Description of Property

| Year | Make | Model | Body | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2013 | NISSAN | ALTIMA | 4DR SDN 14 2.5 | 1N4AL2AP8AN434041 | 49424 |

☐ New ☒ Used ☐ Demo   Other N/A

### Description of Trade-In
N/A

### Itemization of Amount Financed

| | |
|---|---|
| a. Cash Price of Vehicle, etc. (incl. sales tax of $ 731.00) | $ 15094.99 |
| b. Trade-in allowance | $ N/A |
| c. Less: Amount owing, paid to (includes b) N/A | $ N/A |
| d. Net trade-in (b-c; if negative, enter $0 here and enter the amount on line k) | $ 0.00 |
| e. Cash payment | $ N/A |
| f. Manufacturer's rebate | $ N/A |
| g. Deferred down payment | $ N/A |
| h. Other down payment (describe) N/A | $ N/A |
| i. Down Payment (d+e+f+g+h) | $ N/A |
| j. Unpaid balance of Cash Price (a-i) | $ 15094.99 |
| k. Financed Trade-in balance (see line d) | $ N/A |
| l. Paid to public officials, including filing fees | $ 10.00 |
| m. Insurance premiums paid to insurance company(ies) | $ N/A |
| n. Service Contract, paid to: NAC | $ 1500.00 |
| CARL HOGAN AUTOMOTIVE | $ 500.00 |
| PROCESSING FEE | $ 275.00 |
| N/A | $ N/A |
| N/A | $ N/A |
| STATE OF MS - INSP FEE | $ 5.00 |
| N/A | $ N/A |
| N/A | $ N/A |
| t. Total Other Charges/Amts Paid (l thru s) | $ 2290.00 |
| u. Prepaid Finance Charge | $ N/A |
| v. Amount financed-principal balance (j+u+v) | $ 17384.99 |
| w. Finance charge | $ 15728.53 |
| x. Total of payments-time balance (v+w) | $ 33113.52 |

### Additional Protections
☒ Service Contract

| | |
|---|---|
| Term | 48 MONTHS/100000 MILES |
| Price | $ 1500.00 |
| Coverage | NAC |

☒ Gap Waiver or Gap Coverage

| | |
|---|---|
| Term | 72 MONTHS |
| Price | $ 500.00 |
| Coverage | CARL HOGAN AUTOMOTIVE |

☐ N/A

### Signatures

Dave Tate  10/17/2013
By: DAVE TATE

Minnie Tate  10/17/2013
By: MINNIE TATE

### Assignment
This Contract and Security Agreement is assigned to CAPITAL ONE AUTO FINANCE
The Assignee, phone (800)945-9875.

By: CARL HOGAN TOYOTA  10/17/2013

Original

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**dealertrack**

title management system
Capital One Auto Finance

Search    Work Queues    Reports    Utilities    User Setup

Home    Help    Resources    Contact    Log out

Perfected

## Account

Actions»

LOAN

| | |
|---|---|
| VIN/HIN: **1N4AL2AP8AN479040**    Status: **Perfected (PT)** | Titling State: **MS**    Year: **2010** |
| Account: ▮▮▮3641    Loan: ▮▮▮    LoanSuffix: ▮▮ | Branch: **800**    Make: **NISS ALTI**    Model: **MA** |

### Overview

Primary customer: **TATE, DAVE**
Secondary customer: **TATE, MINNIE**
Home phone: **6623416643**
Address: **1659 TURKEY CREEK**
**STARKVILLE, MS 39759**
Alert when perfected: ☐ Client ☐ CMS
Originator: **PLA**
App. ID: ▮▮▮9465
User Defined 3:
Lienholder Status Code:
Business Unit:
Dealer ID/Name: **37039/CARL HOGAN TOYOTA MS**

Recovery type:
Amount Financed: **17384.99**
Financed date: **10/21/2013**
Booked date: **10/21/2013**
Expected payoff date: **10/16/2019**
Payoff date:
Perfected date: **11/29/2013**
State: **MS**
Account subtype: Loan (F)
Expected Contract Type:

### Customers

| | Order | Order | Name | Type | Home Phone | Business Phone | Address | |
|---|---|---|---|---|---|---|---|---|
| Edit | 1 | ▼ | TATE, DAVE | PERSON | 6623416643 | 6623416643 | 1659 TURKEY CREEK STARKVILLE, MS, 39759 | Delete |
| Edit | 2 | ▲ | TATE, MINNIE | PERSON | 6623416643 | 6623416643 | , , | Delete |

### Property

| VIN/HIN | Make | Model | Year | Damaged? | Insurance Total Loss? | Account Collateral Type |
|---|---|---|---|---|---|---|
| 1N4AL2AP8AN479040 | NISS ALTI | MA | 2010 | ☐ | ☐ | VEH |

### Dealer Info

ID: **37039**
Name: **CARL HOGAN TOYOTA MS**
Address: **3907 HIGHWAY 45 NORTH**
**COLUMBUS, MS 39705**
Phone: **6622416000**
Fax: **6622419601**
EMail:

Type: **DEALER**
Status: **ACTIVE**
Dealership:
Contact Name: **JOSH FENSTER**
Contact Phone: **6622416000**
Note:

### Lien Filing

### Release

### Duplicate Title

Request Date:         Action Date:
Status:         Last Worked By:

State: Required State Forms:
Reason      Requesting Dept:
Operations Code:         Billable: ☐

**Follow Up**

Client Activities

**Direct Lending Services**

**Additional Documents**

Additional Documents do not exist for this account

**Obsolete Docs**

## Title                                                      Actions»

VIN/HIN: **1N4AL2AP8AN479040**   State: **MS**   Title Number:      **Title-Held by CMS**
Year: **2010**   Make/Builder: **NISS**   Model:         Batch Number: ▉   View Image      **Perfecting**

**Overview**

Owner(s): **TATE DAVE OR**                     Closed Date:
          **MINNIE TATE**                      Closed Reason:
Lienholder: **CAPITAL ONE AUTO FINANCE**   Document Location:
Match Type: **AUTOMATIC**
Match Date: **11/29/2013**
Issuance Date: **11/21/2013**
Imported Date: **11/29/2013**

**Owners**

**Property**

**Liens**

| Name | Address | Lienholder ID | Lien Date |
|------|---------|---------------|-----------|
| CAPITAL ONE AUTO FINANCE | | | |

Add Second Lien

**Title Maint**

Notes (Date/Time stamps in this section reflect Pacific Time)        Add Note

**Notes**

◉ Show All  ○ Show User Notes Only  ○ Show Activity History Only

| Date | User | Context | Activity | Note |
|------|------|---------|----------|------|
| 11/29/2013 09:21 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 11/29/2013 09:21 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 11/29/2013 09:21 AM | System | Scan Import | Create Title | Received and scanned paper document. |
| 11/29/2013 09:21 AM | System | Scan Import | Perfect Account | Account and Document were automatically matched. |
| 10/22/2013 07:30 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**