

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

IN RE:

**DAVE TATE, SR.**                                    **NO. 17-11941 JDW**

### ORDER

    This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Capital One Auto Finance (hereinafter "Capital One"), (DK#25) and Capital One represented to the Court that it served the Motion in accordance with all applicable rules, and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

    ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Capital One, as to one (1) 2010 Nissan Altima, VIN 1N4AL2AP8AN479040.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

**\*END OF ORDER\***

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029